IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CAROLYN L ALEXANDER and ROGER WALTER STEWART, JR., :<br><br>Plaintiffs, :<br>v. :<br> :<br>KILILO KIJAKAZI, :<br><br>Defendant. :<br>_____ : | NO. 3:22-cv-11-CDL-MSH |

**ORDER**

On December 10, 2021, Plaintiffs Carolyn L. Alexander and Roger Walter Stewart, Jr. filed an application for leave to proceed *in forma pauperis* ("IFP") (ECF No. 1) in the Northern District of Georgia. On December 14, 2021, Plaintiffs filed a *pro se* complaint[1] (ECF No. 3). That same day, the court granted Plaintiffs' IFP application and directed that the case be submitted to the district judge for preliminary review. Order 1, Dec. 14, 2021, ECF No. 2. On January 26, 2022, however, the Northern District Court transferred this case to the Middle District of Georgia. Order 2-3, ECF No. 5.

Upon further review, it appears that Plaintiffs' IFP application is deficient. "Though parties may jointly bring an action arising from a common 'transaction, occurrence, or series of transactions or occurrences' or involving a common 'question of law or fact,' the court must be satisfied that each individual seeking [IFP] status qualifies." *Paul v.*

---

[1] Plaintiffs initially attached their complaint to their IFP application. *See generally* 1st Attach. to Appl. to Proceed IFP, ECF No. 1-1.

*Cheddar's Scratch Kitchen*, CV420-004, 2020 WL 97453, at *2 (S.D. Ga. Jan., 8, 2020) (quoting Fed. R. Civ. P. 20(a)(1)).  Here, the Court cannot discern which information provided in the IFP application pertains to which Plaintiff.  Therefore, if either Plaintiff wishes to proceed IFP, then each Plaintiff must submit an individual affidavit, detailing their respective finances.

Accordingly, Plaintiffs are **ORDERED** to either pay the $402.00 filing fee or submit separate applications for leave to proceed IFP within **FOURTEEN (14) DAYS** of the date of this Order.  The Clerk is **DIRECTED** to forward Plaintiffs the appropriate forms along with a copy of this Order.  Failure to comply with this Order may result in the dismissal of Plaintiffs' action.  There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 17th day of February, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE